**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2344**

ANNA GIABOURANI,

        Plaintiff – Appellant,

    v.

WELLS FARGO BANK, N.A.,

        Defendant – Appellee,

    and

ELIZABETH MADDEN,

        Defendant.

Appeal from the United States District Court for the Western District of North Carolina, at Bryson City. Martin K. Reidinger, District Judge. (2:12-cv-00042-MR)

Submitted: October 18, 2016      Decided: November 14, 2016

Before KING, DIAZ, and THACKER, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Edward L. Bleynat, Jr., FERIKES & BLEYNAT, PLLC, Asheville, North Carolina, for Appellant. Jim D. Cooley, W. Clark Goodman, WOMBLE CARLYLE SANDRIDGE & RICE, LLP, Charlotte, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Anna Giabourani appeals the district court's orders dismissing her claim of negligent representation and granting summary judgment for the Appellee on Giabourani's remaining claims and on the Appellee's counterclaims. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Giabourani v. Wells Fargo Bank, N.A.</u>, No. 2:12-cv-00042-MR (W.D.N.C. Sept. 30, 2013 & Sept. 29, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>AFFIRMED</u>